UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>                              Plaintiff,<br><br>              -against-<br><br>GREGORY RUSS, as Chair and Chief Executive Officer of the New York City Housing Authority,<br><br>                        -and-<br><br>New York City Housing Authority,<br><br>                            Defendants. | NOTICE OF MOTION TO PROCEED UNDER PSEUDONYM OR, IN THE ALTERNATIVE, FOR AN ORDER SEALING THE COMPLAINT<br><br>**22-cv-4460** |

**PLEASE TAKE NOTICE,** that upon the Memorandum of Law in Support of his Motion, dated May 31, 2022 and upon all the papers and proceedings had herein, Plaintiff will move this Court, before the Honorable _____, at the United States Courthouse for the Southern District of New York located at 40 Foley Square, New York, New York, 10007 on a date and time to be designed by the Court, for an Order for leave to proceed pseudonymously or, in the alternative, for an order sealing the complaint on the grounds that Plaintiff's JANE DOE's interest in anonymity outweighs both the public interest in disclosure and any prejudice to defendants.

Dated: New York, New York
          May 31, 2022

                                        Respectfully submitted,

                                        By: *s/ Elizabeth Gyori*_____

                                        MANHATTAN LEGAL SERVICES
                                        LUIS A. HENRIQUEZ CARRERO, ESQ.

ELIZABETH GYORI, ESQ.
1 WEST 125TH STREET
2ND FLOOR
NEW YORK, NY 10027
646-442-3100
LAHENRIQUEZ@LSNYC.ORG
EGYORI@LSNYC.ORG

BROOKLYN LEGAL SERVICES
105 COURT STREET, 4TH FLOOR
BROOKLYN, NY 11201
718-237-5500