```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
JANE DOE,                                                      :
                                                               :
                              Plaintiff,                       :
                                                               :         22-cv-04460 (LJL)
         -v-                                                   :
                                                               :              ORDER
NEW YORK CITY HOUSING AUTHORITY and                            :
GREGORY RUSS, as Chair and Chief                               :
Executive Officer of the New York City                         :
Housing Authority,                                             :
                              Defendants.                      :
                                                               :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/8/2022

LEWIS J. LIMAN, United States District Judge:

     A Show Cause Hearing on plaintiff's motion for a preliminary injunction and temporary restraining order is scheduled for June 10, 2022 at 3:30PM. The hearing will be held remotely by telephone and parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101. Plaintiff is directed to serve a copy of the Complaint on the defendants. In addition, the plaintiff is ordered to serve the TRO papers and this Order on the defendants by email.

     SO ORDERED.

Dated: June 8, 2022
       New York, New York
                                                LEWIS J. LIMAN
                                                United States District Judge